Peter Goldstein, SBN 6992
**LAW OFFICES OF PETER GOLDSTEIN**
10785 West Twain Avenue, Ste. 230
Las Vegas, Nevada 89135
Email: peter@petergoldsteinlaw.com
Tel: (702) 474-6400
Fax: (888) 400-8799

Attorney for Plaintiff
DANIEL ANDREWS

UNITED STATES DISTRICT COURT

DISTRICT COURT FOR THE DISTRICT OF NEVADA (LAS VEGAS)

| | |
|---|---|
| DANIEL ANDREWS,<br><br>Plaintiff,<br><br>vs.<br><br>HENDERSON POLICE DEPARTMENT; JOSEPH EBERT; R. ADAMS; K. LAPEER; K. LIPPISCH and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:18-cv-01625-RFB-PAL<br><br>**STIPULATION AND ORDER TO EXTEND EXPERT DISCLOSURE DEADLINES**<br><br>**(FIRST REQUEST)** |

Pursuant to LR 1A 6-1 and LR 26-4, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the interim status report, initial expert disclosure, and rebuttal expert disclosure deadlines in the above-captioned case. In support of this Stipulation and Request, the parties state as follows:

Plaintiff DANIEL ANDREWS, by and through its attorneys of record, the law firm of Peter Goldstein Law Corporation, and Defendants, CITY OF HENDERSON, INCORRECTLY DESIGNATED AS HENDERSON POLICE DEPARTMENT; JOSEPH EBERT; R. ADAMS; K. LAPEER, AND K. LIPPISCH (collectively "Defendants"), by and through their attorneys of record, City of Henderson's City Attorney's Office, hereby stipulate and agree to as follows:

4838-1015-6380.1            1

1. The Discovery Cut-Off date is currently April 24, 2019. The parties have agreed to extend the Discovery Cut-Off date to **June 21, 2019**;

2. The interim status report deadline is currently February 21, 2019. The parties agree that the deadline for Defendants to disclose their initial expert is hereby extended until **April 22, 2019**;

3. The initial expert disclosure deadline is currently February 21, 2019. The parties agree that the deadline for Defendants to disclose their initial expert is hereby extended until **April 22, 2019**;

4. The rebuttal expert disclosure deadline is currently March 25, 2019, however based upon the parties' agreement to extend the initial expert disclosure for the deadline to disclose rebuttal experts is hereby extended until **May 22, 2019.**

5. The Parties have exchanged initial disclosures and in order to conduct meaningful fact discovery for experts, they will need an additional thirty-two days to exchange expert disclosures.

5. The following is a list of the current discovery deadlines and the parties' proposed extended deadlines.

| Scheduled Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Discovery Cut-Off | April 24, 2019 | June 21, 2019 |
| Interim Status Report | February 21, 2019 | April 22, 2019 |
| Initial Expert Disclosure | February 21, 2019 | April 22, 2019 |
| Rebuttal Expert Disclosure | March 25, 2019 | May 22, 2019 |

7. This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely for the purpose of allowing sufficient time to complete necessary discovery prior to expert disclosures in this case and adequately prepare their respective cases for trial. Plaintiff has noticed five (5) depositions, and has submitted interrogatories and requests for production to the City of Henderson, Interrogatories to Defendant

Ebert, and Requests for Admission to Defendant Adams. Defendants are in the process of moving the court to allow the deposition of Plaintiff, who is incarcerated in the State of Nevada. Defendants also expect to propound initial written discovery by February 14, 2019. Because of the discovery that will be required before expert disclosures, and because the parties are actively engaging in discovery, good cause exists for the requested extensions.

8. This is the first request for an extension, and applies only to the necessary dates related to expert disclosures and the Discovery Cut-Off Date to allow the parties to fully complete discovery. The parties are only extending the discovery cut off deadline and interim status report deadline in order to accommodate the extended expert deadlines. No other dates are being extended. The parties respectfully submit that the reasons set forth above constitute compelling reasons and good cause for the short extension.

| Dated: February 12, 2019 | Dated: February 12, 2019 |
|---|---|
| LAW OFFICES OF PETER GOLDSTEIN | CITY OF HENDERSON |
| By: */s/ Peter Goldstein, Esq.*<br>Peter Goldstein Esq.<br>Bar No. 6992<br>10785 West Twain Ave., Ste. 230<br>Las Vegas, NV 89135<br>Attorney for Plaintiff<br>DANIEL ANDREWS | By: */s/ Michael J. Oh, Esq.*<br>Michael J. Oh, Esq.<br>Nevada Bar No. 7470<br>Wade B. Gochnour, Esq.<br>Nevada Bar No. 6314<br>240 Water Street, MSC 144<br>Henderson, NV 89015<br>Attorneys for Defendants<br>HENDERSON POLICE DEPARTMENT, JOSEPH EBERT, R. ADAMS, K. LAPEER, K. LIPPISCH |

## ORDER

IT IS SO ORDERED.

Dated this 13 day of February, 2019.

_____
U.S. DISTRICT COURT JUDGE
U.S. MAGISTRATE JUDGE