NICHOLAS G. VASKOV
City Attorney
Nevada State Bar No. 8298
MICHAEL J. OH
Assistant City Attorney
Nevada Bar No. 7470
WADE B. GOCHNOUR
Nevada Bar No. 6314
240 Water Street, MSC 144
Henderson, NV 89015
(702) 267-1382 Telephone
(702) 267-1201 Facsimile
Michael.Oh@cityofhenderson.com
Wade.Gochnour@cityofhenderson.com

Attorneys for Defendants CITY OF HENDERSON,
PHILLIP WATFORD, KARL LIPPISCH

**UNITED STATE DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIEL ANDREWS,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF HENDERSON, a Nevada Municipal Corporation, PHILLIP WATFORD, and KARL LIPPISCH,<br><br>Defendants. | CASE NO.: 2:18-cv-01625-RFB-BNW<br><br>**STIPULATION AND ORDER EXTEND DISCOVERY CUT-OFF DATE, DISPOSITIVE MOTION DATE, AND THE PRE-TRIAL ORDER DATE**<br>**(THIRD REQUEST)** |

Plaintiff, DANIEL ANDREWS ("Andrews") and Defendants CITY OF HENDERSON, PHILLIP WATFORD, and KARL LIPPISCH ("Defendants"), by and through their counsel, hereby stipulate and agree as follows:

1. On August 28, 2018, Plaintiff filed their Complaint [#1].

2. On October 24, 2018, Defendants filed their Motion to Dismiss Plaintiff's Complaint [#17].

3. On November 6, 2018, Plaintiff filed their Opposition to Defendant's Motion to Dismiss Plaintiff's Complaint [#18].

4. On November 13, 2018, Defendants filed their Reply in Response to Plaintiff's

1

Opposition to Defendant's Motion to Dismiss Plaintiff's Complaint [#19].

5. On January 16, 2019, the United States District Court filed its Scheduling Order [#21],

6. On January 23, 2019, the parties jointly filed their Proposed Discovery Plan and Scheduling Order [#24]

7. The parties filed a first request for an extension as it relates to expert disclosures, Interim Status Report, and the Discovery Cut-Off dates.

8. On February 13, 2019, the United States District Court filed its Order [#28], granting the stipulated extension of the expert disclosure, Interim Status Report, and the Discovery Cut-Off dates.

9. On February 22, 2019, Plaintiff filed a Motion to Amend the Complaint [#32] and Defendants filed their Opposition [#34] to said Motion on March 7, 2019.

10. On May 13, 2019, the parties filed a second request for an extension of the rebuttal expert disclosure deadline, discovery deadline, dispositive motion deadline as Plaintiff's counsel was scheduled to have open heart surgery and needed at least two months to recuperate.

11. On May 14, 2019, the United States District Court filed its Order [#41], granting the second request for a stipulated extension.

12. On August 21, 2019, a United State District Court Judge Boulware held a hearing on Defendant's Motion to Dismiss and Plaintiff's Motion to Amend the Complaint. At the hearing, the Honorable Richard Boulware granted, in part, and denied, in part, Defendant's Motion to Dismiss and granted Plaintiff leave of court to file a First Amended Complaint. The Court further provided Plaintiff 30 days to serve the newly added Defendant Phillip Watford and extended the discovery deadline by thirty days to October 18, 2019, and the Dispositive Motion deadline to November 17, 2019 [#55]. The Court further ordered the Joint Pretrial Order to December 17, 2019.

13. On August 28, 2019, Plaintiff filed his First Amended Complaint [#49] and served Defendant City of Henderson and Karl Lippisch on August 29, 2019.

14. On September 11, 2019, Defendants City of Henderson and Karl Lippsich filed their Answer to the First Amended Complaint [#56].

2

15. On October 23, 2019, Plaintiff served newly added Phillip Watford.

16. On November 12, 2019, Defendant Phillip Watford filed his Answer to Plaintiff's First Amended Complaint [#64].

17. This Request for an extension of discovery and unexpired dates is the third request and is not sought for any improper purpose or other purpose of delay. This request is made due to the newly added Defendant Watford being served after the discovery cut-off deadline of October 18, 2019, and to afford Plaintiff the opportunity to depose newly added Defendant Watford. Both parties have completed all discovery with the exception of the deposition of the newly added Defendant Watford. Because newly added Defendant Watford was served after the discovery deadline, good cause exists for the requested extension.

18. This is the third request for an extension and applies only to the extension of the discovery deadline as applied to Defendant Watford to allow Plaintiff an opportunity to depose newly added Defendant Watford, obtain responses to pending written discovery and the unexpired dispositive motion deadline. The parties respectfully submit that the reasons set forth above constitute compelling reasons and good cause for the stay of discovery.

19. All parties, as indicated by the signature of counsel below, agree and stipulate to stay discovery at this time with extensions to the following deadlines:

    a. Discovery Cut Off – December 20, 2019
    b. Dispositive Motions – January 20, 2020

///
///
///
///
///
///
///
///
///

3

c. Pre-trial Order – February 19, 2020. If dispositive motions are filed, then this deadline shall by suspended until 30 days after the Court files an Order on any Dispositive Motions.

DATED this __14th__ day of November, 2019.    DATED this __14th__ day of November, 2019.

CITY OF HENDERSON                                   LAW OFFICES OF PETER GOLDSTEIN

__/s/ Michael J. Oh__                               __/s/ Peter Goldstein__
MICHAEL J. OH                                       PETER GOLDSTEIN, ESQ.
Assistant City Attorney                             Nevada Bar No. 6992
Nevada Bar No. 7470                                 10785 West Twain Avenue, Suite 230
WADE B. GOCHNOUR                                    Las Vegas NV  89135-3028
Nevada Bar No. 6314                                 Attorney for Plaintiff
240 Water Street, MSC 144                           *DANIEL ANDREWS*
P.O. Box 95050, MSC 144
Henderson, NV  89009-5050
Attorneys for Defendants
*CITY OF HENDERSON, PHILLIP WATFORD,
KARL LIPPISH*

**IT IS SO ORDERED**

**DATED: November 15, 2019**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

4