

NICHOLAS G. VASKOV
City Attorney
Nevada State Bar No. 8298
MICHAEL J. OH
Senior Assistant City Attorney
Nevada Bar No. 7470
WADE B. GOCHNOUR
Assistant City Attorney
Nevada Bar No. 6314
240 Water Street, MSC 144
Henderson, NV 89015
(702) 267-1382 Telephone
(702) 267-1201 Facsimile
Michael.Oh@cityofhenderson.com
Wade.Gochnour@cityofhenderson.com
*Attorneys for Defendants*
*CITY OF HENDERSON, KARL LIPPISCH,*
*and PHILLIP WATFORD*

**UNITED STATE DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIEL ANDREWS,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF HENDERSON, a Nevada Municipal Corporation; KARL LIPPISCH, and PHILLIP WATFORD,<br><br>Defendants. | CASE NO.:   2:18-cv-01625-RFB-BNW<br><br>**STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE DATES**<br><br>**(FIRST REQUEST)** |

On August 31, 2022, the Court filed its order scheduling the Settlement Conference for September 23, 2022, and a Pre-Settlement Conference for September 21, 2022. [ECF No. 94]. However, counsel for Defendants City of Henderson, Karl Lippisch, and Phillip Watford ("Defendants") has a scheduling conflict due to a preplanned trip with nonrefundable expenses and will not be in town that week. The new dates were provided by this Court's Law Clerk.

Defendants and Plaintiff Daniel Andrews ("the Parties") hereby agree and stipulate as follows:

1. That the Settlement Conference, currently scheduled for September 23, 2022 at 10:00 a.m., be continued until Wednesday, November 9, 2022 at 10:00 a.m.

2. That the Pre-Settlement Telephonic Conference, currently scheduled for September 21, 2022 at 3:00 p.m., be continued until Tuesday, November 8, 2022 at 3:00 p.m.

The Parties make this stipulation in good faith and not for purposes of delay.

Dated this <u>1st</u> day of September, 2022.

CITY OF HENDERSON

/s/ Michael J. Oh
MICHAEL J. OH
Senior Assistant City Attorney
Nevada Bar No. 7470
WADE B. GOCHNOUR
Assistant City Attorney
Nevada Bar No. 6314
240 Water Street, MSC 144
Henderson, NV  89015
*Attorneys for Defendants*
*CITY OF HENDERSON, KARL LIPPISCH, and PHILLIP WATFORD*

Dated this <u>1st</u> day of September, 2022.

LAW OFFICES OF PETER GOLDSTEIN

/s/ Peter Goldstein
PETER GOLDSTEIN, ESQ.
Nevada Bar No. 6992
10161 Park Run Drive, Suite 150
Las Vegas NV  89145
*Attorney for Plaintiff*
*DANIEL ANDREWS*

**ORDER**

IT IS SO ORDERED.

U.S. MAGISTRATE JUDGE

DATED: September 2, 2022

2