NICHOLAS G. VASKOV
City Attorney
Nevada State Bar No. 8298
MICHAEL J. OH
Senior Assistant City Attorney
Nevada Bar No. 7470
WADE B. GOCHNOUR
Assistant City Attorney
Nevada Bar No. 6314
240 Water Street, MSC 144
Henderson, NV 89015
(702) 267-1382 Telephone
(702) 267-1201 Facsimile
Michael.Oh@cityofhenderson.com
Wade.Gochnour@cityofhenderson.com
*Attorneys for Defendants*
*CITY OF HENDERSON, KARL LIPPISCH,*
*and PHILLIP WATFORD*

## UNITED STATE DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL ANDREWS, | CASE NO.: 2:18-cv-01625-JCM-DJA |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| CITY OF HENDERSON, a Nevada Municipal Corporation; KARL LIPPISCH, and PHILLIP WATFORD, | |
| Defendants. | |

Plaintiff DANIEL ANDREWS, by and through his attorney Peter Goldstein, Esq. of PETER GOLDSTEIN LAW CORP, and Defendants, CITY OF HENDERSON, KARL LIPPISCH, AND PHILLIP WATFORD, by and through their attorney Michael J. Oh, Senior Assistant City Attorney for the CITY OF HENDERSON, hereby stipulate and agree to dismiss all claims brought by Plaintiff DANIEL ANDREWS, against all the Defendants, in the above-referenced matter, with prejudice.

///

///

1

IT IS FURTHER STIPULATED AND AGREED that each party shall bear their own costs and attorneys fees.

Dated this 22 day of December, 2022.

CITY OF HENDERSON

_____
MICHAEL J. OH
Senior Assistant City Attorney
Nevada Bar No. 7470
WADE B. GOCHNOUR
Assistant City Attorney
Nevada Bar No. 6314
240 Water Street, MSC 144
Henderson, NV 89015
*Attorneys for Defendants*
*CITY OF HENDERSON, KARL LIPPISCH, and PHILLIP WATFORD*

Dated this 21 day of December, 2022.

PETER GOLDSTEIN LAW CORP

_____
PETER GOLDSTEIN, ESQ.
Nevada Bar No. 6992
10161 Park Run Drive, Suite 150
Las Vegas NV 89145
*Attorney for Plaintiff*
*DANIEL ANDREWS*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: December 28, 2022